IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| TRUSTEES OF THE HAWAII MASONS' AND PLASTERERS' TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>808 MAINTENANCE & FLOORING, INC., *et al.*,<br><br>Defendants. | Civil No. 24-00280 MWJS-WRP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT |

**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO
GRANT PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Findings and Recommendation having been filed and served on all parties on October 4, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to Grant Plaintiffs' Motion for Entry of Default Judgment against Defendant 808 Maintenance & Flooring, Inc., *see* ECF No. 21, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:   October 22, 2024, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge